UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-48-1BO

UNITED STATES OF AMERICA )
)
vs. ) ORDER
)
DONOVAN DION REED )

On January 3, 2019, a motion to appoint new counsel by defendant was granted by oral order during a proceeding before the undersigned. *See* [DE 69].

Accordingly, the Office of the Federal Public Defender is directed to appoint new counsel for defendant and the arraignment for this case is continued until the Court's March 2019 term of court. Any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial.

SO ORDERED this 22 day of January, 2019.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE