UNITED STATES PROBATION OFFICE
EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** March 13, 2024

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** REED, Donovan Dion
Case No.: 5:18-CR-48-2BO
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle
United States District Judge

On June 27, 2019, Donovan Dion Reed was convicted of Conspiracy to Distribute and Possess With the Intent to Distribute a Quantity of Marijuana; and Possession of a Firearm by a Felon. Mr. Reed appeared in United States District Court for the Eastern District of North Carolina and received 60 months imprisonment, followed by 3 years of supervised release. He began supervision on June 10, 2022.

Mr. Reed has performed satisfactorily on supervision. He has submitted to DNA testing, and has had no new criminal convictions. He has been on low intensity supervision since March 2023. All drug screens have been negative. Mr. Reed is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on June 9, 2025.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____        3-13-24
Terrence W. Boyle                      Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.  Crim. No. 5:18-CR-48-2BO

**DONOVAN DION REED**

On June 10, 2022, the above named was released from prison and commenced a term of supervised release for a period of 36 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

I declare under penalty of perjury that the foregoing is true and correct.

/s/Timothy L. Gupton  
Timothy L. Gupton  
Senior U.S. Probation Officer  
310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Executed On: March 13, 2024

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __13__ day of __March__, 2024.

Terrence W. Boyle  
United States District Judge